IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MO'NIQUE FEAGIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:09-cv-532 |
| vs. | ) | |
| | ) | |
| BLOCKBUSTER INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that on September 23, 2010, Blockbuster Digital Technologies

Inc., its parent, Blockbuster Inc., and their debtor affiliates (collectively, the "Debtors")[1] each

filed voluntary petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy

Code") in the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court").  The Debtors' bankruptcy cases are being jointly administered under Case

No. 10-14997 pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  A copy

of the Chapter 11 Petition filed by Blockbuster Inc. is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy

Code, the filing of a voluntary petition operates as an automatic stay of "the commencement or

continuation, including issuance or employment of process, of a judicial, administrative, or other

action or proceeding against the debtor that was or could have been commenced before the

commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor

---

[1]  The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222); Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services, Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313); Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink LLC (5575); Trading Zone Inc. (8588); and B[2], LLC (5219).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 1201 Elm Street, Dallas, Texas  75270.

that arose before the commencement of the case under [the Bankruptcy Code]" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate."  11 U.S.C. §§ 362(a)(1) and 362(a)(3).

PLEASE TAKE FURTHER NOTICE that continuation of the above-referenced action is automatically stayed under the Bankruptcy Code.  The Debtors reserve their right to bring an action in the Bankruptcy Court for any violation of the automatic stay under section 362(a) of the Bankruptcy Code related, among other things, to the continuation of the above-referenced action.

Dated this the 23rd day of September, 2010.

Respectfully submitted,


s/H. Bernard Tisdale III
N.C. Bar No. 23980
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704.342.2588
Facsimile:  704.342.4379
E-mail:  bernard.tisdale@ogletreedeakins.com

**CERTIFICATE OF SERVICE**

I, H. Bernard Tisdale III, hereby certify that I have electronically filed the foregoing

**NOTICE OF BANKRUPTCY** with the Clerk of Court using the CM/ECF system, which will

send notification of the filing to the following CM/ECF registered participant(s):

> Charles Ali Everage
> *Attorney for Plaintiff*
> The Everage Law Firm, PLLC
> 1800 Camden Road, Ste. 104
> Charlotte, NC 28203
> Phone: 704.377.9157
> Fax: 704.377.9160
> E-mail: cae@everagelaw.com

Date this the 23rd day of September, 2010.

> s/H. Bernard Tisdale III
> N.C. Bar No. 23980
> *Attorney for Defendant*
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> 201 South College Street, Suite 2300
> Charlotte, NC 28244
> Telephone: 704.342.2588
> Facsimile: 704.342.4379
> E-mail: bernard.tisdale@ogletreedeakins.com