UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-532-RJC

| | |
|---|---|
| MO'NIQUE FEAGIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLOCKBUSTER INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

Plaintiff filed her Complaint in the instant suit on November 13, 2009 and Defendant removed the suit to this Court on December 17, 2009. (Doc. Nos. 1-2; 1). On September 23, 2010 Defendant filed Notice of Bankruptcy in which it provided notice that it had filed petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. (Doc. No. 6).

On September 20, 2012, the parties filed a Status Report in which they reported "no substantive change in the status of the bankruptcy proceedings relative to the instant litigation." (Doc. No. 10).

Accordingly, this Court enters and **ORDER of STAY** pending the outcome of the bankruptcy proceeding. "The filing of Chapter 11 petition automatically stay[s] all suits … under section 362 of the Bankruptcy Code." 11 U.S.C. § 362; A.H. Robins Co., Inc. v. Piccinin, 788 F.2d 994 (4th Cir. 1986).

The parties are directed to inform the Court upon the conclusion of the bankruptcy proceedings. Until then, parties are to avoid filings with the exception of reports informing the

1

court of the status of the bankruptcy proceedings.

_____
Robert J. Conrad, Jr.
Chief United States District Judge